# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | | In Proceedings Under Chapter 11 |
| Landreth Lumber Company | Jacksonville Wholesale Inc | BK 07−30466−kjm |
| Debtor(s) | | |

SSN/Individual Taxpayer ID Number (ITIN):   Employer Tax ID Number (ETIN):

37−1064186   37−1302356

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

The chapter 11 case of the above named debtor is closed.

ENTERED: May 19, 2011                              /s/ Kenneth J. Meyers
                                                   UNITED STATES BANKRUPTCY JUDGE